**Order entered February 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00076-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER
Before Justices Lang, Fillmore and Brown

Before the Court is relator's Request for Emergency Temporary Relief Pending Petition

for Writ of Mandamus.  We **DENY** the motion.


/s/      ADA BROWN
JUSTICE